FRANCIS W. BISSELL, Respondent, *v.* THE SACKETT WALL BOARD COMPANY, Appellant.

*Bissell* v. *Sackett Wall Board Co.*, 113 App. Div. 891, affirmed.
(Argued April 22, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 31, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Frank Gibbons* and *Harry A. Talbot* for appellant.

*James M. E. O'Grady* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.